# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00142-CV

---

In re Rhino Linings Corporation

---

### Original Proceeding

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus, filed by Rhino Linings Corporation

on May 2, 2025, is denied. TEX. R. APP. P. 52.8(a), (d).


LEE HARRIS
Justice

OPINION DELIVERED and FILED: June 26, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
OT06

